IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and on behalf of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> VAXMAX INC., RASHEED SOOFI and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) No. 12-CV-5568 ) ) ) Hon. John W. Darrah ) Mag. Susan E. Cox ) ) ) ) ) |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL OF JOHN DOES 1-10**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses without prejudice all of its claims against the JOHN DOES 1 – 10 Defendants. This dismissal does not affect Plaintiff's claims against the remaining parties, VAXMAX INC. and RASHEED SOOFI.

                              SANDUSKY WELLNESS CENTER, LLC.

By:   s/Brian J. Wanca
       Brian J. Wanca
       ANDERSON + WANCA
       3701 Algonquin Road, Suite 760
       Rolling Meadows, IL 60008
       Telephone: 847/368-1500
       Fax: 847/368-1501
       E-mail: bwanca@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                s/Brian J. Wanca