UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Sandusky Wellness Center, LLC
                                            Plaintiff,

v.                                                              Case No.: 1:12−cv−05568
                                                               Honorable Susan E. Cox

Vaxmax, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 21, 2013:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to the Joint Stipulation of dismissal by the parties, this case is dismissed with prejudice with each party waiving the right to appeal, and the parties each agreeing to bear their own costs and attorneys' fees. Putative class claims are dismissed without prejudice.Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.